UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTCOTT ENTERPRISES, INC.<br><br>Plaintiff,<br><br>v.<br><br>FEDERATED MUTUAL<br>INSURANCE COMPANY, et al.<br><br>Defendants. | Case No.:  20cv7-LAB (BGS)<br><br>**ORDER RECHARACTERIZING MOTION FOR LEAVE TO FILE OPPOSITION** |

Plaintiff filed a noticed motion (Docket no. 18) for leave to file an opposition to Defendant Brian Faulstich's motion to dismiss. Rather than treat this as a noticed motion, the Court will treat it as an *ex parte* request, and the hearing currently on calendar on this motion is **VACATED**. In light of the strong policy favoring decisions on the merits, *see Eitel v. McCool*, 782 F.2d 1470, 1472 (9th Cir. 1986), the Court would be inclined to grant the request. But if Defendants believe the request should be denied, they may file an opposition by **April 24, 2020**.

**IT IS SO ORDERED**.

Dated:  April 20, 2020

Honorable Larry Alan Burns
Chief United States District Judge

1

[Case Number]