UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTCOTT ENTERPRISES, INC.<br><br>Plaintiff,<br><br>v.<br><br>FEDERATED MUTUAL<br>INSURANCE COMPANY, et al.<br><br>Defendants. | Case No.:  20cv7-LAB (BGS)<br><br>**ORDER GRANTING LEAVE TO FILE OPPOSITION** |

Plaintiff Westcott Enterprises' motion (Docket no. 18) for leave to file a late opposition to Defendant Brian Faulstich's motion to dismiss is **GRANTED**. *See Eitel v. McCool*, 782 F.2d 1470, 1472 (9th Cir. 1986) (noting policy favoring decisions on the merits, whenever reasonably possible).

Westcott's motion implies that it intend to rely on the same arguments as it raised in its opposition to Defendant Federated Mutual Insurance Company's motion. If this is correct, it should file a notice so stating. If Westcott wishes, it may file a new opposition within **14 calendar days of the date this order is issued**.

/ / /

/ / /

/ / /

1

Faulstich may file a reply within **21 calendar days of the date this order is issued.** After the motion is fully briefed, it will be deemed submitted on the papers.

**IT IS SO ORDERED**.

Dated: April 29, 2020

*[signature]*
Honorable Larry Alan Burns
Chief United States District Judge